IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAYTON WOODS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE THOMPSON ORGANIZATION and JOHN DOES 1-5 AND 6-10,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 20-5479 |

## ORDER

**AND NOW**, this 1st day of April 2021, upon consideration of The Thompson Organization's Motion to Dismiss (ECF 5) and Woods' Response (ECF 6), it is hereby **ORDERED** that:

1. The Motion is **GRANTED** and the Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum.

2. Woods may file an amended complaint consistent with this Order and the Court's Memorandum on or before **Friday, April 16, 2021.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.